UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUNIOR ALEXSANDRO ANAYA-BELTRAN,<br><br>  Defendant. | NO. ED CR-12-076-JLQ<br><br>**ORDER RE: MOTION TO DISMISS INDICTMENT** |

BEFORE THE COURT is the Government's Motion for Dismissal Without Prejudice of the Indictment (ECF No. 36) pursuant to Fed.R.Crim.P. 48. Rule 48(a) requires leave of court for such dismissal.

**IT IS HEREBY ORDERED**:

Defendant shall have until **February 21, 2012** to file a response to the Motion, particularly that portion seeking dismissal **without** prejudice as opposed to dismissal **with** prejudice. If no response is filed, the court shall grant the Motion and dismiss the Indictment **without** prejudice.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** this 12th day of February, 2013.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1